Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>          Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | CASE NO. 2:22-cv-00106-RSM<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT<br><br>NOTED FOR CONSIDERATION:<br>MARCH 23, 2022 |

Plaintiff, Daniel Ramirez Medina, and Defendant, United States of America, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, jointly stipulate and move for an extension of 14 days for Defendant to respond to the Complaint. Defendant's responsive pleading to the Complaint is currently due April 8, 2022.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The Defendant needs additional time to review the underlying matter and prepare its response. Therefore, the parties jointly stipulate and request that the Court:

1. Extend Defendant's time to respond to Plaintiff's Complaint by 14 days to April 22, 2022.

//

//

STIPULATION AND ORDER FOR EXTENTION OF TIME
Case No. 2:22-cv-00106-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Stipulated to and presented this 23rd day of March, 2022.

2

3   NORTHWEST IMMIGRANT RIGHTS PROJECT

    NICHOLAS W. BROWN
    United States Attorney

4    *s/ Matt Adams*

    *s/ Nickolas Bohl*

    MATT ADAMS, WSBA #
5   615 Second Avenue, Suite 400
    Seattle, Washington 98104
6   Phone: 206-264-8600
    Email: matt@nwirp.com
7

    NICKOLAS BOHL WSBA #48978
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-7970
    Fax: 206-553-4067
    Email: nickolas.bohl@usdoj.gov

    *Counsel for Plaintiff*
8

9   *Counsel for Defendant*

10  GIBSON DUNN & CRUTCHER

11  Ethan D. Dettmer*
    edettmer@gibsondunn.com
12  Katherine M. Marquart*
    kmarquart@gibsondunn.com
13  Kelsey J. Helland*
    khelland@gibsondunn.com
14  Thad A. Davis*
    tdavis@gibsondunn.com
15  555 Mission Street, Suite 3000
    Dan Francisco, California 94105-2933
16  Phone: 415-393-8200

17  Sarah M. Kushner*
    smkushner@gibsondunn.com
18  333 South Grand Avenue
    Los Angeles, California 90071-3197
19  Phone: 213-229-7000
    Fax: 213-229-6538
20
    *Counsel for Plaintiff*
21

22

23

24

STIPULATION AND ORDER FOR EXTENTION OF TIME
Case No. 2:22-cv-00106-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

NOVO LEGAL GROUP PLLC

Luis Cortes Romero*
luis@novolegal.com
19309 68th Avenue South, Suite R102
Kent, Washington 98032
Phone: 206-212-0260
Fax: 206-212-0360

*Counsel for Plaintiff*

*Admitted pro hac vice

STIPULATION AND ORDER FOR EXTENTION OF TIME
Case No. 2:22-cv-00106-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

It is hereby ORDERED that the parties' motion is GRANTED. Defendant has until April 22, 2022 to answer or otherwise respond.

DATED this 24th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENTION OF TIME
Case No. 2:22-cv-00106-RSM - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970