UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CASE NO. C22-106 RSM<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

This matter is before the Court on the parties' Stipulated Motion to Stay Proceedings Pending Settlement Negotiations. Dkt. #26. The Court, having considered the matter, finds good cause and ORDERS that the Stipulated Motion to Stay Proceedings Pending Settlement Negotiations (Dkt. #26) is GRANTED. These proceedings are STAYED pending further order of the Court. All current deadlines are VACATED. The parties shall file a status report within 90 days of this ORDER if no further action has occurred before the Court.

DATED this 27th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1