UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA, | CASE NO. C22-106 RSM |
| Plaintiff, | MINUTE ORDER MAINTAINING STAY AND STRIKING NOTING DATE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

Shortly after Plaintiff Daniel Ramirez Medina filed this action, Defendant United States of America filed a motion seeking partial dismissal. Dkt. #24.

To avoid expenses associated with briefing Defendant's motion and meeting other case deadlines, the parties asked the Court to stay this matter and permit them to explore settlement negotiations. Dkt. #26. The Court granted the request, stayed the action, vacated deadlines, and requested that the parties update the Court on their settlement negotiations within 90 days. Dkt. #27. Defendant's motion for partial dismissal remained pending.

//

//

MINUTE ORDER – 1

On July 26, 2022, the parties filed their Joint Status Report, indicating that settlement discussions have been fruitful and requesting that the stay be maintained to facilitate further discussions. *Id.* The parties proposed to update the Court no later than October 24, 2022. *Id.*

The Court agrees that maintaining the stay so that the parties may continue fruitful settlement discussions is appropriate. Because the parties remain optimistic about settlement, the Court also finds it appropriate, for administrative reasons, to strike the current noting date of Defendant's motion. Should settlement discussions fail, Defendant may renote its motion for response and the Court's consideration consistent with applicable rules.

Accordingly, the Court finds and ORDERS:

1. The stay previously imposed in this matter (Dkt. #27) is maintained pending further order of this Court.

2. The noting date of the United States' Partial Motion to Dismiss Complaint (Dkt. #24) is STRICKEN.

3. The parties shall file a status report no later than October 24, 2022, if this action has not been dismissed before that date.

DATED this 2nd day of August, 2022.

RAVI SUBRAMANIAN, Clerk

By:     *s/Serge Bodnarchuk*
        Deputy Clerk

MINUTE ORDER – 2