District Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL RAMIREZ MEDINA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Defendant. | CASE NO.  2:22-cv-00106-RSM<br><br>STIPULATION FOR DISMISSAL<br><br>NOTED FOR CONSIDERATION:<br>JANUARY 3, 2023 |

The parties, by and through the undersigned counsel of record, jointly provide notice that this matter has settled.  Accordingly, the parties hereby stipulate that the matter be dismissed with prejudice without costs to either party.

Stipulated to and presented this 3rd day of January, 2023.

| | |
|---|---|
| NORTHWEST IMMIGRANT RIGHTS PROJECT<br><br> s/ Matt Adams　　　　　　　　　<br>MATT ADAMS, WSBA #28287<br>615 Second Avenue, Suite 400<br>Seattle, Washington 98104<br>Phone: 206-264-8600<br>Email: matt@nwirp.com<br><br>GIBSON DUNN & CRUTCHER<br><br>s/ Ethan Dettmer　　　　　　　　　 | NICHOLAS W. BROWN<br>United States Attorney<br><br>s/ Nickolas Bohl　　　　　　　　　<br>NICKOLAS BOHL WSBA #48978<br><br>s/ Kristen R. Vogel　　　　　　　　<br>KRISTEN R. VOGEL, NY #5195664<br>Assistant United States Attorneys<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970 |

STIPULATION FOR DISMISSAL
Case No. 2:22-cv-00106-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Ethan D. Dettmer*<br>edettmer@gibsondunn.com<br>Katherine M. Marquart*<br>kmarquart@gibsondunn.com<br>Thad A. Davis*<br>tdavis@gibsondunn.com<br>555 Mission Street, Suite 3000<br>Dan Francisco, California 94105-2933<br>Phone: 415-393-8200 | Fax: 206-553-4067<br>Email: nickolas.bohl@usdoj.gov<br><br>*Counsel for Defendant* |

*s/ Sarah M. Kushner*
Sarah M. Kushner*
smkushner@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Phone: 213-229-7000
Fax: 213-229-6538

NOVO LEGAL GROUP PLLC

*s/ Luis Cortes Romero*
Luis Cortes Romero*
luis@novolegal.com
19309 68th Avenue South, Suite R102
Kent, Washington 98032
Phone: 206-212-0260
Fax: 206-212-0360

*Counsel for Plaintiff*

*Admitted pro hac vice

STIPULATION FOR DISMISSAL
Case No. 2:22-cv-00106-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**ORDER**

The Court, having reviewed the stipulation of the parties, hereby **ORDERS** that this action be dismissed with prejudice and without costs or fees to either party.

DATED this 4th day of January, 2023.

                                                                    RICARDO S. MARTINEZ
                                                                    UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL
Case No. 2:22-cv-00106-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970